IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

MICHAEL MILES,

      Plaintiff,

v

TC RESORT PROPERTIES, LLC,

      Defendant.

Case No. 1:12cv1330

Hon. Hugh W. Brenneman, Jr.

**STIPULATED ORDER DISMISSING CLAIMS WITH PREJUDICE**

In accordance with the parties' stipulation through their undersigned counsel, and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to the terms of the parties' Confidential Settlement and Release Agreement. The Court shall maintain jurisdiction solely for purposes of enforcement of the Confidential Settlement and Release Agreement.

Entered: October 30, 2013

/s/ Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

**Approved as to Form and Substance:**

By: __/s/ Owen B. Dunn, Jr.__
Owen B. Dunn, Jr., Esq.
Law Office of Owen B. Dunn, Jr.
Attorney for Plaintiff
520 Madison Avenue, Suite 300
Toledo, Ohio 42604

By: __/s/ Brett A. Rendeiro__
Brett A. Rendeiro (P64792)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Suite 350
Novi, Michigan  48375

6569016_1.DOCX